UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERRETT CONOVER, : | |
| Petitioner : | CIVIL ACTION NO. 3:22-0826 |
| v. : | (JUDGE MANNION) |
| WARDEN THOMPSON, : | |
| Respondent : | |

**ORDER**

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Smalls' petition for writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241, is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:  December 12, 2023
22-0826-01-Order